**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**In re:**

**Paul X. Houston**                                                        **Chapter 13**

**Debtor**                                                         **Case no. 18-12876-BFK**

## ORDER GRANTING THE SALE OF REAL ESTATE

This matter came before the Court on debtor's motion seeking approval to sell his home located at 12178 Cheshire Court in Bristow, Virginia. Appearing before the Court on February 20, 2020 were counsel for debtor, the debtor, his ex-wife Yavette Houston, and the chapter 13 trustee. Arguments were presented and the Court have considered those arguments ordered as follows:

1. That debtor and his ex-wife are allowed to sell their home located at 12178 Cheshire Court in Bristow, Virginia for $480,000.00 per the ratified contract they have executed. The proceeds from the sale at closing will be paid to pay off any outstanding mortgage(s), HOA fees, realtor fees and any other customary cost of settlement.

2. After that, any remaining proceeds belonging to the debtor and his ex-wife will be paid as follows at closing: 50% of the remaining proceeds will be disbursed to the ex-wife. The other 50% of the proceeds will be paid out to Thomas P. Gorman, chapter 13 trustee, who will hold those funds in escrow until a determination is made by the Court as to how those proceeds are to be allocated amongst the competing interests of debtor, the bankruptcy estate, and the co-owner who may assert an additional claim to those proceeds.

3. Said funds will be mailed by the closing agent to Thomas P. Gorman, Esq. at 300 North Washington Street, Suite 400, Alexandria, VA 22314.

4. The 14 day stay of execution is waived.

6. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Feb 26 2020

/s/ Brian F. Kenney

Brian F. Kenney

Alexandria, Virginia

United States Bankruptcy Judge

Entered on Docket: February 26, 2020

I ask for this:

/s/ Robert S. Brandt,
VSB#46196
The Law Office of Robert S. Brandt
600 Camron Street
Alexandria, VA 22314
703-342-7330
brandt@brandtlawfirm.com

Seen and objected to:

/s/Thomas P. Gorman
Chapter 13 Trustee
300 N Washington Street, S 400
Alexandria, VA 22314

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/Robert S. Brandt